DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WKDR II, INC,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

No. 2D22-943

_____

September 6, 2023

Appeal from the Department of Revenue.

James H. Burgess, Jr., of Burgess, Mancuso, Colton & La Porta, P.A., Sarasota, for Appellant.

Jacek Stramski, Special Counsel, Department of Revenue, Tallahassee; Ashley Moody, Attorney General, Tallahassee, and Timothy E. Dennis, Chief Assistant Attorney General, Tallahassee, and Allison M. Dudley, Senior Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.